JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEILANY MARQUEZ,<br>Plaintiff,<br>v.<br>LOGIC INTERNATIONAL TRUCKING, LLC, et al.,<br>Defendants. | Case No. CV 25-10927-MWF(PVCx)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ACTION, WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

The Court has considered the parties' Joint Stipulation for Dismissal of Action, with Prejudice (the "Stipulation"). (Docket No. 16). For good cause shown, the Court GRANTS the Stipulation. This entire action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: October 9, 2026

MICHAEL W. FITZGERALD
United States District Judge